UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOUGLAS BIESKE,

    Plaintiff,

v.

ACCIDENT FUND INSURANCE COMPANY,

    Defendant.
_____/

Case No. 1:22-cv-1088

HON. JANE M. BECKERING

**ORDER**

Having issued Opinions and Orders on the motions to dismiss by Defendant in the above captioned lead case as well as Defendants in those cases that have been consolidated with this case for purposes of pretrial litigation, the Court will require the remaining Defendants to file Answers or Amended Answers[1] to the pleadings. Therefore,

**IT IS HEREBY ORDERED** that the remaining Defendants shall, not later than 21 days after the entry of this Order, file Answers or Amended Answers to the amended complaints.

Dated: July 9, 2024

    /s/ Jane M. Beckering
    JANE M. BECKERING
    United States District Judge

---

[1] Several of the Answers that Defendants filed are insufficient because they do not pertain to all counts of the corresponding complaints.