UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

DOUGLAS BIESKE,

     Plaintiff,                                                 Hon. Jane M. Beckering

v.                                                                      Case No. 1:22-cv-01088-JMB-PJG

ACCIDENT FUND INSURANCE
COMPANY,

     Defendant.

_____/

## ORDER

    This matter is before the Court on the parties' joint Stipulation to Stay.  (ECF No. 168).  The Court held a telephone conference on February 19, 2025, at which time counsel for both parties appeared.  The Court being fully advised in the premises, the Stipulation is be **GRANTED in part**.  Accordingly,

    **IT IS ORDERED** that the case is **STAYED** for thirty days from the date of this order.  The Court will conduct a follow-up conference with counsel at that time and determine whether any additional stay is warranted.

    **IT IS SO ORDERED**.

Date: February 20, 2025                           /s/ Phillip J. Green
                                                              PHILLIP J. GREEN
                                                              United States Magistrate Judge